# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION**<br><br>vs.<br><br>**GENTNER DRUMMOND** | **NOTICE OF HEARING**<br><br>**CASE NO. CIV-25-727-PRW** |

**TYPE OF CASE:**

☒ **CIVIL**   ☐ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 503** |
| | DATE AND TIME: |
| | **October 7, 2025 at 9:00 a.m.** |
| TYPE OF PROCEEDING: | INTERPRETER: N/A |

## Hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 15)

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

9/26/2025                                                                  JUDGE PATRICK R. WYRICK
DATE

                                                                      BY: s/*Emily Wilkinson*
                                                                             Deputy Clerk