# **COURTROOM MINUTE SHEET**

DATE: 10/7/2025
(courtroom #503)

CIVIL NO. CIV-25-727-PRW

NOVARTIS PHARMACEUTICALS CORPORATION v. GENTNER DRUMMOND

COMMENCED: 9:05 AM     ENDED: 10:35 AM     TOTAL TIME: 1 hour, 30 minutes

PROCEEDINGS: Hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 15)

JUDGE Patrick R. Wyrick     DEPUTY Emily Wilkinson     REPORTER Sherri Grubbs

PLF COUNSEL: Nicholas Merkley, Robert McCampbell, Jacob Young, Susan Cook
DFT COUNSEL: Garry Gaskins, William Flanagan, Addison Gaut

**COURTROOM MINUTE:** Counsel appear as above noted. Plaintiff and Defendant present arguments. After hearing from the parties, the Court takes this matter under advisement. A written order will follow. Court adjourned.