IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARCH 2026 STATUS AND SCHEDULING CONFERENCE DOCKET
for
Judge Patrick R. Wyrick

**Wednesday, March 4, 2026**

1. Your status and scheduling conference will be held in Judge Wyrick's Chambers, on the 5th floor, of the William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

2. You must confer with the opposing party and prepare a Joint Status Report and Discovery Plan, and file it on or before **Wednesday, February 25, 2026**.

3. You must state in the Joint Status Report whether you have complied with Local Rule 26.1. Strict compliance with Local Rule 16.1 and 26.1 is expected.

4. At the conference, be prepared to report whether you have exchanged discovery.

5. To the extent that the parties wish to submit an Agreed Protective Order pursuant to Section 8(F) of the Joint Status Report and Discovery Plan, attach the Agreed Protective Order to the Joint Status Report and Discovery Plan when it is filed and submit the proposed Agreed Protective Order in Word format to the Judge via the Judge's orders email inbox at: wyrick-orders@okwd.uscourts.gov

6. If you are not a local attorney, you may appear by telephone, so long as you seek leave to do so by motion at least two days prior to the conference.

7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-25-726-PRW | Abbvie Inc, et al. | Paul DeMuro |
| | | Henry Meyer, III |
| | | Kevin Powell, II |
| | | Matthew Owen |
| | | Meredith Pohl |
| | | Neil Joseph |
| | | Philip Manning |
| | v. | |
| | Gentner Drummond | Addison Gaut |
| | | Garry Gaskins, II |
| | | William Flanagan |
| | | Zachary West |

**9:50 a.m.**
    CIV-25-727-PRW    Novartis Pharmaceuticals Corporation    Gerard M D'Emilio
        Nicholas V Merkley
        Robert G McCampbell
        Jacob Tyler Young
        Jessica Lynn Ellsworth
        Marlan Golden
        Susan Cook

        v.

        Gentner Drummond    Addison Gaut
        Garry Gaskins, II
        William Flanagan
        Zachary West

---

**10:10 a.m.**
    CIV-25-1156-PRW    AstraZeneca Pharmaceuticals LP    Paul Swain, III
        Allon Kedem
        Carmela Romeo
        Jeffrey Handwerker
        Nicole Masiello
        Samuel Ferenc

        v.

        Gentner Drummond    Addison Gaut
        Garry Gaskins, II
        William Flanagan
        Zachary West

---

**10:30 a.m.**
    CIV-25-1305-PRW    Pharmaceutical Research and    Trevor S Pemberton
        Manufacturers of America    Abid R Qureshi
        Andrew Prins
        v.    Philip Perry

        Gentner Drummond    Garry Gaskins, II
        William Flanagan
        Zachary West

---

**10:50 a.m.**
    CIV-25-936-PRW    United States of America    Ameya Ananth

        v.

        Jacqueline Fox, et al.    Philip Watts
        Weston Watts

**11:10 a.m.**

| | | |
|---|---|---|
| CIV-25-939-PRW | Patience Godwin | Ge'Andra Johnson |
| | | Anissa Paredes |
| | v. | |
| | Vintage View 2 LLC, et al. | Philip O Watts |
| | | Weston O Watts |

**11:30 a.m.**

| | | |
|---|---|---|
| CIV-25-1308-PRW | Deborah M Dilbeck | Chris Caldwell |
| | | Michael Branch |
| | v. | |
| | Dollar General Corporation | Gary Farabough |
| | | Warren Mouledoux, III |

**11:50 a.m.**

| | | |
|---|---|---|
| CIV-25-1391-PRW | Verenda Osborne | Amber Hurst |
| | | Mark Hammons |
| | v. | |
| | Physicians Surgical Center LLC | Denelda Richardson |
| | | Ian McDonald |