IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as ATTORNEY GENERAL OF OF OKLAHOMA, <br><br> *Defendant*. | Case No. 5:25-CV-727 (PRW) |

**JOINT MOTION TO STAY**

The parties jointly move to stay this case and vacate all existing deadlines while Defendant appeals this Court's order granting a preliminary injunction. Staying this case pending resolution of that appeal would promote judicial economy and facilitate the most efficient resolution of Novartis's claims.

1. Novartis challenges the constitutionality of Oklahoma's 2025 H.B. 2048 under the Supremacy and Commerce Clauses of the U.S. Constitution. ECF No. 1 (Verified Compl.) ¶¶ 141–160. On October 31, 2025, this Court preliminarily enjoined enforcement of the portions of H.B. 2048 codified at 36 O.S. §§ 5403, 5404(B). *AbbVie Inc. v. Drummond*, _ F. Supp. 3d _, 2025 WL 3048929, at *10 (W.D. Okla. Oct. 31, 2025).

2. Defendant appealed that order on November 12, 2025. ECF No. 60; *see also Novartis Pharms. Corp. v. Drummond*, No. 25-6182 (10th Cir.).

3. Novartis's claims do not presently require factual development, so at this time, there is no discovery that would be both "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The pending Tenth Circuit appeal may resolve the issue of H.B. 2048's constitutionality entirely, and it will at least provide significant guidance that will structure the remaining course of this litigation. Thus, no further proceedings before this Court are currently necessary.

4. This Court has inherent power to stay proceedings to preserve "economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). The decision whether to stay a case is "committed to the court's discretion," *In re Kozeny*, 236 F.3d 615, 618 (10th Cir. 2000), and the court may consider whether a stay is "efficient for its own docket," *Kimery v. Broken Arrow Pub. Schs.*, No. 11-CV-249, 2011 WL 2912696, at *4 (N.D. Okla. July 18, 2011) (quoting *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979)). For example, one court stayed all proceedings pending the resolution of an interlocutory appeal, finding a stay "warranted in the interest of efficiency and judicial economy" because the forthcoming appellate decision "would significantly advance the course of th[e] litigation." *Beltronics USA, Inc. v. Midwest Inventory Dist. LLC*, 545 F. Supp. 2d 1188, 1189–90 (D. Kan. 2008).

5. This case should be stayed for the same reason. Further litigation in this Court during the pendency of Defendant's appeal would unnecessarily burden the Court and the parties. Courts routinely stay cases in such circumstances. *E.g.*, *Tudor v. Galindo*, No. 22-CV-480, 2025 WL 242944, at *2 (W.D. Okla. Jan. 17, 2025) ("[T]he most efficient path forward is to await the Tenth Circuit's determination before proceeding in this case.");

*Terry v. Drummond*, No. 22-CV-521, 2024 WL 1363518, at *1 (W.D. Okla. Mar. 29, 2024); *Novartis Pharms. Corp. v. Frey*, No. 1:25-CV-407 (D. Me. Oct. 3, 2025), ECF No. 51; *Novartis Pharms. Corp. v. Fitch*, No. 1:24-CV-164 (S.D. Miss. July 28, 2025), ECF No. 36.

6. Finally, the Court recently set a February 25, 2026 deadline for a joint status report and discovery plan and scheduled a status conference on March 4, 2026. ECF No. 66. The parties respectfully request that this deadline and conference be vacated as part of any order issuing a stay.

For all these reasons, the Court should stay this case until the conclusion of Defendant's interlocutory appeal and vacate all existing deadlines.

Dated: January 19, 2026

Respectfully submitted,

*/s/ Nicholas V. Merkley*
Nicholas ("Nick") V. Merkley,
   OBA No. 20284
Robert G. McCampbell,
   OBA No. 10390
Gerard M. D'Emilio,
   OBA No. 33496
GABLEGOTWALS
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Email: nmerkley@gablelaw.com
       rmccampbell@gablelaw.com
       gdemilio@gablelaw.com

Susan M. Cook*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Marlan Golden*
Jacob T. Young*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

*Admitted pro hac vice

/s/ Will Flanagan
Garry M. Gaskins, II, OBA 20212
*Solicitor General*
Zach West, OBA 30768
*Director of Special Litigation*
Will Flanagan, OBA 35110
*Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
garry.gaskins@oag.ok.gov
zach.west@oag.ok.gov
william.flanagan@oag.ok.gov

*Attorneys for Defendant*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of January, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Addison Gaut
Oklahoma Office of Attorney General
1307 S Erie Ave
Tulsa, OK 74112

William Patrick Flanagan
Oklahoma Office of Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Zachary P West
Oklahoma Office of Attorney General
313 NE 21st St
Oklahoma City, OK 73105

Garry M Gaskins, II
Drummond Law PLLC
1500 S Utica Ave, Suite 400
Tulsa, OK 74104

Alyssa Howard
Zuckerman Spaeder LLP
2100 L Street NW, Ste 400
Washington, DC 20037

Aaron Chou
Zuckerman Spaeder LLP
2100 L Street NW, Ste 400
Washington, DC 20037

Margaret Dotzel
Zuckerman Spaeder LLP
2100 L Street NW, Ste 400
Washington, DC 20037

William B Schultz
Zuckerman Spaeder LLP
2100 L Street NW, Ste 400
Washington, DC 20037

Daniel G Webber, Jr
Ryan Whaley Coldiron Jantzen Peters & Webber PLLC
400 N Walnut Ave
Oklahoma City, OK 73104

Patrick R Pearce, Jr
Ryan Whaley Coldiron Jantzen Peters & Webber PLLC
400 N Walnut Ave
Oklahoma City, OK 73104

      /s/ *Nicholas V. Merkley*
      Nicholas ("Nick") V. Merkley

4931-5727-1431, v. 4